IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Martinez Jr, Rodolfo  
Martinez, Wendy A  
Printed: 01/06/09

Case Number: 05 B 59371  
Judge: Wedoff, Eugene R  
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 24, 2008  
Confirmed: January 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 37,920.00 |  |
| Secured: |  | 24,901.57 |
| Unsecured: |  | 9,513.22 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,385.00 |
| Trustee Fee: |  | 2,120.21 |
| Other Funds: |  | 0.00 |
| Totals: | 37,920.00 | 37,920.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gray & Idris, P.C. | Administrative | 1,385.00 | 1,385.00 |
| 2. | Central Credit Union of Illino | Secured | 0.00 | 0.00 |
| 3. | Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Tech Credit Union | Secured | 24,901.57 | 24,901.57 |
| 5. | ECast Settlement Corp | Unsecured | 0.00 | 400.37 |
| 6. | American Express Centurion | Unsecured | 0.00 | 1,636.78 |
| 7. | Discover Financial Services | Unsecured | 0.00 | 93.97 |
| 8. | ECast Settlement Corp | Unsecured | 0.00 | 1,276.27 |
| 9. | ECast Settlement Corp | Unsecured | 0.00 | 193.08 |
| 10. | ECast Settlement Corp | Unsecured | 0.00 | 825.37 |
| 11. | ECast Settlement Corp | Unsecured | 0.00 | 118.82 |
| 12. | Chase Bank | Unsecured | 0.00 | 109.27 |
| 13. | Resurgent Capital Services | Unsecured | 0.00 | 419.54 |
| 14. | ECast Settlement Corp | Unsecured | 0.00 | 51.94 |
| 15. | Resurgent Capital Services | Unsecured | 0.00 | 1,296.70 |
| 16. | ECast Settlement Corp | Unsecured | 0.00 | 555.69 |
| 17. | Resurgent Capital Services | Unsecured | 0.00 | 965.03 |
| 18. | Resurgent Capital Services | Unsecured | 0.00 | 127.07 |
| 19. | ECast Settlement Corp | Unsecured | 0.00 | 1,443.32 |
| 20. | Midland Mortgage Company | Secured |  | No Claim Filed |
| 21. | Bank America | Unsecured |  | No Claim Filed |
| 22. | Bank Of America | Unsecured |  | No Claim Filed |
| 23. | First USA | Unsecured |  | No Claim Filed |
| 24. | RBS | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,286.57 | $ 35,799.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Martinez Jr, Rodolfo | Case Number: 05 B 59371 |
|---|---|---|
| | Martinez, Wendy A | Judge: Wedoff, Eugene R |
| | Printed: 01/06/09 | Filed: 10/16/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 308.00 |
| 5% | 120.00 |
| 4.8% | 302.88 |
| 5.4% | 725.37 |
| 6.5% | 504.10 |
| 6.6% | 159.86 |
| | $ 2,120.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

